IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MATTHEW WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-025 |
| | ) | |
| GOV. NATHAN DEAL, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff, an inmate incarcerated at Augusta State Medical Prison in Grovetown, Georgia, seeks to proceed *in forma pauperis* ("IFP") in this action filed pursuant to 42 U.S.C. § 1983. (Doc. no. 2.) Plaintiff is a serial litigator with an extensive filing history, including his infamous "motion to kiss my ass." Consequently, this Court has imposed the following restrictions:

> As to any civil actions sought to be commenced IFP by Washington after this date, the Clerk shall receive the papers, open a miscellaneous file for tracking purposes, and forward the papers to the presiding judge in this case for screening under § 1915(g). Only if the complaint alleges a *plausible* claim that he is in imminent danger of serious physical harm will the court allow the complaint to be filed. IFP complaints that fail to assert an imminent danger claim, or that merely incant the phrase "imminent danger" without making a colorable showing that plaintiff faces an actual threat of such harm, will be dismissed *without any further judicial action* after 30 days from the date the complaint is received by the Clerk unless the Court orders otherwise. . . .
>
> If no order is forthcoming, then 30 days after the complaint's receipt the Clerk shall, without awaiting any further direction, notify Washington that his reqest for IFP status has been denied and that his case has been dismissed without

prejudice pursuant to 28 U.S.C. § 1915(g). The Clerk shall use the attached Notice when communicating with Washington.

Washington v. Chatham County Police Department, CV 415-005, doc. nos. 7, 9 (S.D. Ga. Apr. 28, 2015) (hereinafter "CV 415-005").

Accordingly, the Court **DIRECTS** the Clerk to **CLOSE** this civil action, **FILE** Plaintiff's complaint and motion to proceed IFP (doc. nos. 1, 2) in a miscellaneous file established for tracking purposes,[1] and **FORWARD** the papers for screening to the Honorable William T. Moore, Jr. If no action is taken, the Clerk shall use the Notice provided by the Court to inform Plaintiff of dismissal of his complaint. See CV 415-003, doc. no. 7, p. 11.

SO ORDERED this _12th_ day of April, 2017, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court is aware that the Clerk has already opened such a miscellaneous file. See In re Matthew Washington, MC 417-003 (S.D. Ga. Feb. 27, 2017).

2